IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01425-PAB-CBS

ERICA SANDERS,

    Plaintiff,

v.

ZWICKER & ASSOCIATES, P.C.,
a Massachusetts corporation,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    THIS MATTER comes before the Court upon the Notice of Dismissal With Prejudice [Docket No. 5]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED July 23, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge